UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

TRAVELERS CASUALTY )
& SURETY COMPANY OF AMERICA, )
as assignee and subrogee of Regent Park )
Condominium Association, Inc. )
)
  Plaintiff, )
)
v. ) Civil Action No. 8:10CV2110 T 17 TBM
)
BUXTON PROPERTIES, INC., )
a Florida Corporation, )
)
  Defendant. )

## AGREED ORDER ON MOTION TO DISMISS

**THIS CAUSE** having come before the Court on the Defendant's Motion to Dismiss (ECF No. 8) and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED:

1) Defendant's Motion to Dismiss is granted in part and denied in part. The dismissal of Count II shall be without prejudice; and

2) Plaintiff Travelers Casualty & Surety Company of America shall have twenty (20) days from the date of this Order to file an Amended Complaint.

DONE AND ENTERED at Tampa, Florida, on this 3rd day of January, 2011.

              ELIZABETH A. KOVACHEVICH
              UNITED STATES DISTRICT COURT JUDGE

Copies to:  Helen H. Albee, Esq.
       Sean K. McQuaid, Esq.